JOHN W. HUBER, United States Attorney (#7226)
MARGOT MERRILL-JOHNSON, Special Assistant United States Attorney
(TX #24062891)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT  84111-2176
Telephone:  (801) 524-5682  •  Facsimile:  (801) 524-3399

FILED US District Court -UT
FEB 13 '20 PM03:38

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | INFORMATION |
|---|---|---|
| Plaintiff, | : | |
| vs. | : | VIO. 8 U.S.C. § 1326 |
| JOSE ANTONIO GUTIERREZ, | : | (REENTRY OF A PREVIOUSLY REMOVED ALIEN) |
| Defendant. | : | |

Case: 2:20-cr-00080
Assigned To : Shelby, Robert J.
Assign. Date : 2/13/2020
Description: USA v. Gutierrez

The United States Attorney charges:

<u>COUNT I</u>

On or about February 12, 2020, in the Central Division of the District of Utah,

JOSE ANTONIO GUTIERREZ,

the defendant herein, an alien who on or about July 27, 1989, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the

United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 13 day of February, 2020.

JOHN W. HUBER
United States Attorney

/s/ Margot Merrill-Johnson (AUSA)
MARGOT MERRILL-JOHNSON
Special Assistant United States Attorney